# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

Clifford W. Taylor,
Chief Justice

130399

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GWEN GILBERT,
      Plaintiff-Appellant,

v

      SC: 130399
      COA: 263073
      Oakland CC
      Family Division: 2000-645538-DM

ALAN ZEKELMAN,
      Defendant-Appellee.

_____/

      On order of the Court, the application for leave to appeal the December 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

s0320